

CHAMBERS OF
MILAN D. SMITH, JR.
U.S. CIRCUIT JUDGE

TEL: 310.607.4020

July 7, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re: Calendar Year 2008 Filing

Dear Judge Baldock:

By letter dated June 1, 2009 (the "Letter"), you advised me that the Committee is unable to close my 2008 report because additional information required by section 102 of the Act is still needed. You then noted several inconsistencies and missing items on which you requested comment. This letter constitutes my response to the Letter, and tracks the order of inquiry in the Letter.

Inconsistencies-Pages 1 and 2

(a)    Column C in Part VII, page 8, line 83 for "Gabelli Glbl Util Inc Tr" should have been left blank.

(b)    Column C in Part VII, page 10, line 116 for "Proshares Ultrashort S&P 500 ETF" should have been left blank.

(c)    Column C in Part VII, page 10, line 118 for "Proshares Ultrashort MSCI EAFE ETF" should have been left blank.

(d)    Column C in Part VII, page 11, line 129 for "Annaly Capital Mgmt Inc." should have been left blank.

**Smith Jr_Milan_D**

When preparing my report for 2009, I shall follow the Committee's recommendation that I list an asset with multiple transactions only on the first line where the asset is reported, and list subsequent transactions chronologically on the immediately following lines.

Responses Required-Pages 2-4

(1)     Part VII, page 12, line 152 "Morgan Stanley Mkt Vectors Based Performance." This security was purchased on 8/28/08 for a value code of "K" and sold on 11/28/09 for a value code of "K", and a gain code of "J." It was not owned in the 2007 reporting period.

Part VII, page 16, line 218 "Dell Inc." This security was inadvertently omitted from in the 2007 report. It was listed in the filer's 2006 amended report at line 31 at a value code of "J." No activity in the security occurred in 2007, and it was sold on 01/31/08 at a value code of "J", as reflected in the 2008 report.

(2)(a) "Proshares Ultrashort Financials ETF." Part VII, page 12, line 153, column D (1) should read "Sold," not "Sold (part)."

(2)(b) "Proshares Trust Ultrashort Basic Materials." Part VII, page 13, line 155, column D(1) should read "Sold," not "Sold (part)."

(2)(c) "Morgan Stanley Shrt Eur ETN20." Part VII, page 17, line 222, column D(1) should read "Sold," not "Buy."

(2)(d) "Ishares Trust-3 Yr Treasury Index Fund." Part VII, page 12, line 146. column (1) should read "L" and column (2) should read "T."

(2)(e) "Delaware Investments National Municipal Income Fund." Part VII, page 15, line 197, column D(1) should read "Sold," not "Sold (part)."

(3) "Putnam High Income Bond Fund." Part VII, page 4, line 15, 2007 report. Erroneously listed in 2007 report. Owned by ███████ whose interests are not reportable by filer.

"Mellon Finl Corp (PA)." Part VII, page 6, line 35, 2007 report. Shares of this security were exchanged through a reorganization on 07/02/07 for an equal number of shares of Bank of New York Mellon. See Part VII, page 10, line 113 of 2008 report for current listing.

"Fidelity Adv High Sac Muni Port." Part VII, page 6, line 37, 2007 report. This fund is now referred to as Fidelity Advisor Muni Income Fund, and is shown in Part VII, page 16, line 211 of the 2008 report.

"Sprint Nextel Corp." Part VII, page 6, line 40, 2007 report. Column C of Part VII, page 6, line 40 of the 2007 report should be blank, and column D (1) should read "Sell," not "Sell-part."

"California St Pub Wks Brd Lease Rev Cap 9/1/07." Part VII, page 9, line 92, 2007 report. Column C of Part VII, page 9, line 92 of the 2007 report should be blank, column D (1) should read "Redemption," column D(2) should read "09/01," and column D(3) should read "J."

"Municipal Advantage FD Inc." Part VII, page 9, line 96, 2007 report. This security is also known as Pimco Municipal Advantage Fund, and is listed at Part VII, page 10, lines 107-109 of the 2008 report.

"LA Calif Uni Sch Dist Cpn 5.50% Due 7/1/7." Part VII, page 11, line 132, 2007 report. The due date on this security should read 07/01/09, and is shown in Part VII, page 10, line 111 of the 2008 report.

"Fidelity Adv Freedom 200 Fd Cl A." Part VII, page 12, lines 137-139, 2007 report. These securities should not have been reported on filer's 2007 report, as they were owned by ███████████ whose interests are not reportable by filer.

Responses Required-Pages 4-5

4(a)  The asset described in Part VII, page 7, line 54 of the 2008 report and on page 8, lines 75-77 of the 2007 report as "Putnam Master Intrmd Income Tr" is the same as the asset shown in the 2008 report in Part VII, page 7, line 55 as "Putnam Master Intmd Income Trust-SBI Contra."

4(b)  The name of the asset described in Part VII, page 4, line 10 of the 2007 report as "Federated Automated XXX Cash Mgmt Trust-SS" is the same as the asset described in Part VII, page 10, line 114 of the 2008 report as "Money Mkt Oblig Trust Auto Cash Mgmt."

4(c)  The Letter refers to an entry described in Part VII, page 11, line 136 of the 2008 report as "California StPub Wks Brd Lease Rev Cap 9/1/07." The security actually described at Part VII, page 11, line 136 of the 2008 report is "Western Asset 2008 Worldwide DLR Govt Term Tr Inc." However, "California St Pub Wks Brd Lease Rev Cap 9/1/07" is listed at Part VII, page 9, line 92 of the 2007 report, but is incomplete. As previously noted in my response to question 3, column C of Part VII, page 9, line 92 of the 2007 report should be blank, and column D (1) to (3) of that listing should read "Redemption," "9/1," and "J" respectively. The securities listed as "East Bay Calif. Mun Util 4.800 6/1-8" are not the same as those listed as "California St Pub Wks Brd Lease Rev Cap 9/1/07."

4(d)  The security listed in Part VII, page 10, line 117 of the 2007 report as "Dow Chemical Co Internotes Mtn B/Sr Notes" is a descriptive header for the assets described respectively Part VII, page 7, lines 53 and 54 of

the 2007 report, and Part VII, page 6, lines 35 and 36 of the 2008 report as "Dow Chemical Company 5.750 12/15/12" and "Dow Chemical Company 5.3000 3/15/13."

4(e)   The security listed in Part VII, page 10, line 117 [actually line 141] of the 2007 report as "Gen Mtrs Accept Corp Smart Notes Med Term" is a descriptive header for the assets described respectively Part VII, page 8, lines 82-84 of the 2007 report, and Part VII, page 7, lines 57-59 of the 2008 report as "General Motors Accp Corp 6.125 11/15/08," "General Motors Accp Corp 5.400 2/15/08," and "General Motors Accp Corp 5.625 5/15/09."

I trust that these answers are

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Smith, Jr., Milan D. | 2. Court or Organization Ninth Circuit | 3. Date of Report 03/31/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type)  Nomination, Date  Initial ☑ Annual  Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States Court of Appeals Suite 2325, 222 N Sepulveda Bl El Segundo, California 90245 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self employed attorney |
| 2. 2008 | Gogian Foundation-Trustee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Georgetown Law Center | 2/25/08 | Washington, D.C. | Panel-Fed Jud Day | Airfare, Lodging and Transportation |
| 2. Federalist Society-Harvard Chapter, and Harvard Law LDS Students | 4/15/08-4/16/08 | Cambridge, MA | Speaking Engagements | Airfare, Lodging, Meals, Transportation |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | A | Dividend | J | T | | | | | |
| 2. Johnson & Johnson | B | Dividend | J | T | | | | | |
| 3. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 4. Blackrock CA Ins Muni 2008 | C | Dividend | | T | Buy (add'l) | 01/17 | K | | |
| 5. Blackrock CA Ins Muni 2008 | C | Dividend | | | Buy (add'l) | 01/25 | K | | |
| 6. Blackrock CA Ins Muni 2008 | C | Dividend | | | Sold (part) | 01/16 | K | | |
| 7. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 8. Intuitive Surgical Inc. | | None | J | T | | | | | |
| 9. Somanetics Corp New | | None | | | Sold | 05/08 | J | B | |
| 10. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | B | Distribution | K | T | | | | | |
| 11. American Tower Corp CL A | | None | J | T | | | | | |
| 12. Constellation Brands, Inc Cl A | | None | | | Buy (add'l) | 05/08 | J | | |
| 13. Constellation Energy Group | A | Dividend | | | Sold | 10/10 | J | | |
| 14. Devon Energy Corp New | A | Dividend | K | T | Sold (part) | 05/08 | K | D | |
| 15. Fortune Brands Inc. | A | Dividend | | | Sold (part) | 10/09 | K | | |
| 16. Intl Game Technology | A | Dividend | | | Sold (part) | 01/17 | K | D | |
| 17. L-3 Communications Holdings Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 19.   Time Warner Inc. | | None | J | T | Sold (part) | 01/31 | J | | |
| 20.   Canadian Natl Ry Co. | A | Dividend | K | T | Buy (add'l) | 11/28 | J | | |
| 21.   Koninklijke Philips Electrs NV (New) | A | Dividend | | | Sold | 11/20 | J | | |
| 22.   Teco Energy Inc. | A | Dividend | J | T | Sold (part) | 06/05 | J | B | |
| 23.   Boeing Co | A | Dividend | J | T | | | | | |
| 24.   Intel Corp | | None | | | Sold | 01/31 | J | | |
| 25.   Templeton Growth Fund Class A | B | Dividend | K | T | Buy (add'l) | 12/23 | L | | |
| 26.   First Colony Life Policy | | None | J | T | | | | | |
| 27.   Aetna Life Policy | | None | K | T | | | | | |
| 28.   California Pizza Kitchen | | None | J | T | | | | | |
| 29.   Quanta SVCS Inc | | None | K | T | Buy (add'l) | 11/28 | J | | |
| 30.   Encana Corp | A | Dividend | K | T | Buy | 11/28 | J | | |
| 31.   Petrochina Company Ltd Adr Shs Ser H | A | Dividend | | | Sold | 08/01 | J | D | |
| 32.   Ameritech Cap Fdg Corp 6.150 1/15/08 | A | Interest | | | Redeemed | 01/15 | J | | |
| 33.   CNA Financial Corp 6.6000 12/15/08 | A | Interest | | | Redeemed | 12/15 | J | | |
| 34.   DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 36. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 37. Franklin Universal Trust | B | Dividend | K | T | Buy (add'l) | 11/20 | K | | |
| 38. General Electric Cap Corp 8.125 5/15/12 | A | Interest | K | T | | | | | |
| 39. General Electric Cap Corp 4.000 4/15/10 | A | Interest | J | T | | | | | |
| 40. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 41. Hartford Life 4.500 6/15/12 | A | Interest | | | Redeemed | 03/17 | J | A | |
| 42. Household Fin Corp 5.875 2/1/09 | A | Interest | J | T | | | | | |
| 43. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | J | T | | | | | |
| 44. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | J | T | | | | | |
| 45. John Hancock Life Ins Co 4.150 2/15/12 | | None | J | T | | | | | |
| 46. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | K | T | | | | | |
| 47. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 48. MFS Charter Income Trust | C | Dividend | | | Sold | 12/05 | K | | |
| 49. MFS Charter Income Trust | | None | | | Sold (part) | 11/20 | J | | |
| 50. MFS Intermediate Income Trust | C | Dividend | L | T | | | | | |
| 51. Motorola Inc. 7.625 11/15/10 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 53.   New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 54.   Putnam Master Intrmd Income Tr | A | Dividend | | | Sold | 05/01 | K | | |
| 55.   Putnam Master Intmd Income Trust-SBI Contra | A | Int./Div. | | | Sold | 04/22 | J | A | |
| 56.   TRW Med Term Sr Notes Cpn 6.30% Due 5/15/08 | A | Interest | | | Redeemed | 05/15 | J | | |
| 57.   General Motors Accp Corp 6.125 11/15/08 | A | Interest | | | Redeemed | 11/17 | J | | |
| 58.   General Motors Accp Corp 5.400 2/15/08 | A | Interest | | | Redeemed | 2/19 | J | A | |
| 59.   General Motors Accp Corp 5.625 5/15/09 | | None | J | T | | | | | |
| 60.   Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | | | | | |
| 61.   Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 62.   East Bay Calif Mun Util 4.800 6/1/-8 | A | Interest | | | Redeemed | 06/02 | J | | |
| 63.   Los Angeles Cnty Calif 6.900 6/30/08 | A | Interest | | | Redeemed | 06/30 | J | | |
| 64.   Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | J | T | | | | | |
| 65.   Pasadena CA Electric 5.000 8/1/09 RFD Bonds | A | Interest | J | T | | | | | |
| 66.   Sacramento CA Mun Rev 5.250 8/15/09 | A | Interest | K | T | | | | | |
| 67.   Franklin Income Class A | B | Dividend | | | Sold | 08/01 | J | A | |
| 68.   Enterprise Prods Partners LP | B | Distribution | | | Sold | 11/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oneok Inc New | A | Dividend | K | T | Buy (add'l) | 11/28 | J | | |
| 70. Mississippi St. Go 5.250 07/01/08 | B | Interest | | | Redeemed | 07/01 | K | | |
| 71. Franklin Low Duration Total Return CL A | B | Dividend | | | Sold | 10/09 | L | | |
| 72. Franklin/Templeton Hard Cur Cl A | C | Dividend | | | Sold | 8/28 | M | A | |
| 73. Russell Money Market S | B | Dividend | K | T | Buy (add'l) | 01/15 | K | | |
| 74. Russell Money Market S | | None | | | Sold (part) | 01/25 | J | | |
| 75. Templeton Global Bond Fd A | B | Dividend | | | Sold | 08/28 | J | | |
| 76. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | | None | J | T | | | | | |
| 77. CIT Group, Inc. Sr Unsecured Notes 6.00% 3/15/16 | A | Interest | | | Sold | 05/08 | J | | |
| 78. Countrywide Fin Cpn 4.000% due 7/28/15 | A | Interest | | | Sold | 05/12 | J | | |
| 79. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | | None | J | T | | | | | |
| 80. IBM Corp Internotes Mts. B/E Cpn 5.00% Due 11/15/14 | | None | | | Redeemed | 05/15 | J | A | |
| 81. John Hancock Life Ins Co Sr. Uns 4.15% Due 2/15/12 | A | Int./Div. | J | T | | | | | |
| 82. Motorola Inc. Notes call @market+25 BP | A | Interest | J | T | | | | | |
| 83. Gabelli Glbl Util Inc Tr | C | Dividend | K | T | Sold (part) | 12/08 | K | | |
| 84. Gabelli Glbl Util Inc Tr | B | Dividend | | | Sold | 12/08 | J | | |
| 85. Tamarack Invt Fds Prime | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Asset Bros 2008 WW & Gvt Tr | B | Dividend | | | Sold | 12/2 | M | | |
| 87. Reddy Ice Holdings Inc | A | Dividend | | | Sold | 05/08 | J | | |
| 88. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | | None | J | T | | | | | |
| 89. Genzyme Corp Gen Div | | None | K | T | | | - - | | |
| 90. GTE Cal Deb B/E Cpn 7.00% Due 5/1/08 | A | Interest | | | Redeemed | 05/01 | J | | |
| 91. Embarq Corp | | None | | | Sold | 02/01 | J | A | |
| 92. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 01/31 | J | | |
| 93. Medcohealth Solutions | | None | | | Sold (part) | 01/31 | J | A | |
| 94. Merck & Co. Inc. | | None | | | Sold | 01/31 | J | | |
| 95. International Business Machines | A | Dividend | J | T | | | | | |
| 96. Marriott Int Inc Class A | A | Dividend | J | T | | | | | |
| 97. Medtronic Inc | A | Dividend | J | T | | | | | |
| 98. UltraShort S & P 500 ProShares | B | Dividend | K | T | | | | | |
| 99. Health Care Select Sect SPDR FD | A | Dividend | | | Sold | 01/17 | K | | |
| 100. Powershares Wilderhill Clean Energy | | None | | | Sold | 09/17 | K | | |
| 101. Sector Spar Tr SHS Ben Int Consumer Sta ples | A | Dividend | | | Sold | 01/17 | K | | |
| 102. UltraShort Midcap 400 Proshare | C | Dividend | | | Buy (add'l) | 02/04 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. UltraShort Midcap 400 Proshare | | None | | | Sold | 06/17 | L | | |
| 104. Ultrashort Russell 2000 Reg ETF | D | Distribution | K | T | | | | ... | |
| 105. Rydex Inverse High Yield Strategy CL H | | None | | | Sold | 05/08 | L | | |
| 106. Rydex Inverse High Yield Strategy CL H | | None | | | Buy | 01/23 | K | | |
| 107. Pimco Mun Adv Inc | A | Dividend | | | Sold (part) | 01/15 | J | A | |
| 108. Pimco Mun Adv Inc | | None | | | Sold (part) | 03/06 | K | B | |
| 109. Pimco Mun Adv Inc | | None | | | Sold | 03/07 | J | A | |
| 110. MBIA/Claymore MGD Dura Inv Grd Muni Fd | C | Dividend | K | T | Buy (add'l) | 01/16 | K | | |
| 111. Los Angeles CA USD GO B/E 7-1-09 | | None | K | T | | | | | |
| 112. Tamarack Instl Prime Fd | C | Dividend | M | T | | | | | |
| 113. Bank of NY Mellon Corp | A | Dividend | J | T | | | | | |
| 114. Money Mkt Oblig Trust Auto Cash Mgmt | D | Dividend | O | T | | | | | |
| 115. American Capital Agency Corp | | None | K | T | Buy | 10/09 | K | | |
| 116. Proshares Ultrashort S&P 500 ETF | C | Distribution | K | T | Sold (part) | 02/04 | J | A | |
| 117. Williams Partners LP Com Unit Ltd Part Int | | None | K | T | Buy | 11/20 | K | | |
| 118. Proshares Ultrashort MSCI EAFE ETF | C | Dividend | K | T | Buy | 06/17 | K | | |
| 119. Ishares Barclays Short Treasury Bond Fund ETF | | None | N | T | Buy | 11/28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | None | M | T | Buy | 08/28 | M | | |
| 121. Capstead Mtg Corp Com No Par | B | Distribution | K | T | Buy | 08/28 | K | | |
| 122. MFA Mortgage Investments Inc. | | None | K | T | Buy | 11/20 | J | | |
| 123. Proshares Ultrashort Financials ETF | A | Dividend | | | Buy | 01/23 | J | | |
| 124. Proshares Trust Ultrashort MSCI Emerging Mkt ETF | A | Dividend | | | Buy | 01/23 | J | | |
| 125. Proshares Trust Ultrashort Basic Materials | | None | | | Buy | 03/06 | J | | |
| 126. Ultrashort MSCI Emerging Mkt ETF | A | Dividend | | | Buy (add'l) | 03/06 | J | | |
| 127. Western Asset/Claymore Infl Lkd Opp & Inc Fund | B | Dividend | | | Buy | 05/08 | K | | |
| 128. Ultrashort Financials Proshares | A | Dividend | | | Buy (add'l) | 06/05 | J | | |
| 129. Annaly Capital Mgmt Inc. | B | Dividend | K | T | Buy | 06/17 | K | | |
| 130. Western Asset/Claymore Infl Lkd Opp & Inc Fund | B | Dividend | | | Buy (add'l) | 07/25 | K | | |
| 131. Ishares Lehman Short Tresury Bond Fund ETF | B | Dividend | | | Buy | 08/28 | M | | |
| 132. Morgan Stanley Shrt Eur ETN20 | | None | | | Buy | 08/28 | K | | |
| 133. Proshares Ultrashort Real Estate ETF | | None | | | Buy | 10/06 | K | | |
| 134. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | A | Distribution | | | Buy | 10/14 | K | | |
| 135. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | | None | | | Buy (add'l) | 10/15 | K | | |
| 136. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | | None | | | Buy (add'l) | 10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | | None | | | Buy (add'l) | 10/17 | J | | |
| 138. American Capital Agency Corp | | None | | | Buy (add'l) | 11/20 | J | | |
| 139. Capstead Mtg Corp Com No Par | A | Dividend | | | Buy (add'l) | 11/20 | J | | |
| 140. Markwest Energy Partners LP Unit Ltd Part Int | | None | | | Buy | 11/20 | J | | |
| 141. Capstead Mtg Corp Com No Par | A | Dividend | | | Buy (add'l) | 11/28 | J | | |
| 142. Ishares Lehman Short Treasury Bond Fund ETF | | None | | | Buy (add'l) | 11/28 | L | | |
| 143. Markwest Energy Partners LP Unit Ltd Part Int | | None | | | Buy (add'l) | 11/28 | J | | |
| 144. MFA Mortgage Investments Inc. | | None | | | Buy (add'l) | 11/28 | J | | |
| 145. Williams Partners LP Com Unit Ltd Part Int | | None | | | Buy (add'l) | 11/28 | J | | |
| 146. Ishares Trust 1-3 Yr Treasury Index Fund | B | Dividend | | | Buy | 12/05 | L | | |
| 147. Proshares Ultrashort MSCI EAFE ETF | C | Distribution | | | Sold (part) | 07/16 | J | B | |
| 148. Annaly Capital Mgmt Inc. | | None | | | Sold | 11/20 | J | | |
| 149. Capstead Mtg Corp Com No Par | | None | | | Sold (part) | 10/09 | J | | |
| 150. Constellation Brands Inc Cl A | | None | | | Sold (part) | 10/09 | J | | |
| 151. Markwest Energy Partners LP Unit Ltd Part Int | | None | | | Sold | 12/29 | J | | |
| 152. Morgan Stanley Mkt Vectors Based Performance | | None | | | Sold | 11/28 | K | D | |
| 153. Proshares Ultrashort Financials ETF | | None | | | Sold (part) | 10/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Proshares Ultrashort Financials ETF | | None | | | Sold (part) | 10/09 | K | D | |
| 155. Proshares Ultrashort Basic Materials ETF | A | Dividend | | | Sold (part) | 05/08 | J | | |
| 156. Ultrashort MSCI Emerging Mkt ETF | | None | | | Sold | 05/98 | J | | |
| 157. Proshares Ultrashort MSCI EAFE ETF | | None | | | Sold | 11/28 | J | D | |
| 158. Proshares Ultrashort Real Estate ETF | | None | | | Sold | 11/24 | K | D | |
| 159. Proshares Ultrashort S&P 500 ETF | | None | | | Sold (part) | 07/16 | J | B | |
| 160. Proshares Ultrashort S&P 500 ETF | | None | | | Sold | 11/28 | J | C | |
| 161. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | | None | | | Sold | 12/02 | L | B | |
| 162. Western Asset/Claymore Infl Lkd Opp & Inc Fund | | None | | | Sold (part) | 08/28 | K | | |
| 163. Western Asset/Claymore Infl Lkd Opp & Inc Fund | | None | | | Sold | 12/05 | K | | |
| 164. Constellation Brands Inc Cl A | | None | | | Sold | 10/09 | J | D | |
| 165. Encana Corp | | None | | | Sold (part) | 05/08 | J | C | |
| 166. Franklin/Templeton Hard Cur Cl A | | None | | | Sold (part) | 06/17 | K | A | |
| 167. Teco Energy Inc | | None | | | Sold | 10/31 | K | | |
| 168. Hatteras Financial Corp | | None | J | T | Buy | 12/29 | J | | |
| 169. Annaly Capital Mgmt Inc. | | None | | | Buy (add'l) | 05/08 | K | | |
| 170. Capstead Mtg Corp Com No Par | | None | | | Buy (add'l) | 05/08 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ishares Lehman Short Treasury Bond Fund ETF | | None | | | Buy (add'l) | 07/16 | L | | |
| 172. Ishares Lehman Short Treasury Bond Fund ETF | | None | | | Buy (add'l) | 12/5 | M | | |
| 173. Franklin Universal Trust | A | Dividend | | | Buy (add'l) | 12/18 | J | | |
| 174. Capstead Mtg Corp Com No Par | | None | | | Buy (add'l) | 12/29 | J | | |
| 175. Franklin Universal Trust | A | Dividend | | | Buy (add'l) | 12/29 | J | | |
| 176. Franklin Universal Trust | A | Dividend | | | Sold (part) | 08/28 | J | | |
| 177. Franklin/Templeton Hard Currency Fund Cl A | | None | | | Sold (part) | 05/08 | L | A | |
| 178. Franklin/templeton Hard Currency Fund Cl A | | None | | | Sold (part) | 08/28 | K | A | |
| 179. Templeton Global Bond Fund Cl A | | None | | | Sold (part) | 05/08 | J | A | |
| 180. Templeton Global Bond Fund Cl A | | None | | | Sold (part) | 08/28 | L | B | |
| 181. Western Asset 2008 Worldwide DLR Govt Term Tr Inc | | None | | | Sold | 12/02 | L | | |
| 182. Putnam Managed Municipal Income Trust-S BI | | None | K | T | Buy | 12/23 | J | | |
| 183. Putnam Municipal Opportunities Trust-SBI | | None | K | T | Buy | 12/05 | K | | |
| 184. Seligman Select Municipal Fund Inc. | A | Dividend | K | T | | | | | |
| 185. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Buy (add'l) | 03/18 | J | | |
| 186. Russell Investment Co Money Market Class S | | None | | | Buy (add'l) | 03/18 | K | | |
| 187. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Buy (add'l) | 06/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Delaware Investments National Municipal Income Fund | A | Dividend | | | Buy | 09/12 | K | | |
| 189. Delaware Investments National Municipal Income Fund | | None | | | Buy (add'l) | 11/20 | J | | |
| 190. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Buy (add'l) | 12/02 | J | | |
| 191. Seligman Select Municipal Fund Inc. | | None | | | Buy (add'l) | 12/04 | K | | |
| 192. Putnam Managed Municipal Income Trust-S BI | | None | | | Buy (add'l) | 12/29 | J | | |
| 193. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Buy (add'l) | 12/30 | K | | |
| 194. Blackrock CA Ins Muni 2008 | | None | | | Sold | 12/31 | L | | |
| 195. Delaware Investments National Municipal Income Fund | | None | | | Sold (part) | 12/08 | J | | |
| 196. Delaware Investments National Municipal Income Fund | | None | | | Sold (part) | 12/19 | K | | |
| 197. Delaware Investments National Municipal Income Fund | | None | | | Sold (part) | 12/31 | J | | |
| 198. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Sold (part) | 08/04 | K | | |
| 199. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Sold (part) | 08/28 | K | | |
| 200. MBIA/Claymore MGD Dura Inv Grd Muni Fd | | None | | | Sold (part) | 12/22 | K | | |
| 201. Russell Money Market S | | None | | | Sold (part) | 06/30 | L | | |
| 202. Russell Money Market S | | None | | | Sold (part) | 12/09 | K | | |
| 203. Blackrock CA Ins Muni 2008 | | None | | | Sold (part) | 12/31 | K | | |
| 204. Discover Bank Greenwood DE 4.400%; 8 /03/09 | | None | K | T | Buy | 10/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Comerica Bank Detroit, MI; 4.16%; 08/07/09 | A | Interest | L | T | Buy | 10/02 | M | | |
| 206. Westernbank PR; 5.20%; 08/07/10 | | None | K | T | Buy | 10/20 | K | | |
| 207. Comerica Bank Detroit, MI; 2.536%; 8/7/09 | A | Interest | M | T | Buy | 10/02 | L | | |
| 208. Franklin Templeton Funds Inc Series Class A | A | Int./Div. | | | Sold | 09/10 | K | | |
| 209. Franklin Universal Trust-SBI | | None | | | Sold | 12/19 | J | | |
| 210. Huntington Natl Bank Columbus, OH; 3.06%; 09/03/09 | | None | L | T | Buy | 10/08 | K | | |
| 211. Fidelity Advisor Mun Income Fund CL T | B | Dividend | K | T | | | | | |
| 212. California St. Dept Trans COPS Zero Cpn -Ser A; 03/01/08 | | None | | | Redeemed | 03/03 | J | | |
| 213. Blackrock CA Ins Muni 2008 | | None | | | Sold | 12/31 | K | | |
| 214. Intl Game Technology | | None | | | Sold | 04/23 | J | D | |
| 215. Capital One Bank Glen Allen, VA; 2.27%; 02/23/09 | A | Interest | K | T | Buy | 10/24 | L | | |
| 216. Bank North GA Alpharetta; 3.35%; 04/30/09 | | None | K | T | Buy | 10/16 | L | | |
| 217. Huntington Natl Bank Columbus, OH; 2.47%; 09/03/09 | A | Interest | L | T | Buy (add'l) | 10/08 | M | | |
| 218. Dell Inc. | | None | | | Sold | 01/31 | J | | |
| 219. Medcohealth Solutions | | None | | | Sold | 02/14 | J | A | |
| 220. Fortune Brands Inc. | | None | | | Sold | 10/19 | J | | |
| 221. Fortune Brands Inc. | | None | | | Buy (add'l) | 06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Morgan Stanley Shrt Eur ETN20 | | None | | | Buy | 08/28 | K | | |
| 223. Gabelli Hlbl Util Inc Trust | | None | | | Buy (add'l) | 08/28 | K | | |
| 224. Annaly Capital Mgmt Inc. | | None | | | Buy (add'l) | 10/16 | J | | |
| 225. Ishares Trust 1-3 Yr Treasury Index Fund | | None | | | Buy (add'l) | 09/17 | L | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 03/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY _____ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544